448 A.2d 1190

Commonwealth v. Tribble, Appellant.

Submitted November 5, 1981. Douglas M. Johnson, Assistant Public Defender, for appellant; Ronald T. Wil-

liamson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BECK and LIPEZ, JJ.

The judgment of sentence is hereby affirmed.